UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Catherine Mysliewic**
*on behalf of herself and all others similarly situated*
    Plaintiff

    V.

**UKG, Inc., et al**
    Defendants

CIVIL ACTION

NO. 4:22-cv-40083-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Judgment entered December 5, 2023 in Pallotta et al v. University of Massachusetts Memorial Medical Center et al, Case Number 22-cv-10361, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice against the UMass Defendants, and DISMISSED without prejudice against the remaining Defendants.

By the Court,

12/5/2023
Date

/s/ Caetlin McManus
Deputy Clerk